Laurence F. Padway (SBN 083914)
Law Offices of Laurence F. Padway
1516 Oak Street, Suite 109
Alameda, California 94501
Telephone: (510) 814-0680
Facsimile: (510) 814-0650

David J. Linden (SBN 041221)
P.O. Box 50
Napa, California 94581
Telephone: (707) 252-7007
Facsimile: (707) 252-7883

Attorneys for plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAITH MUNN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>HERTZ LONG-TERM DISABILITY PLAN,<br><br>　　　　Defendant, | CASE NO. C08-01942<br><br>PROOF OF SERVICE<br>SUMMONS IN A CIVIL ACTION |
| LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>　　　　Real Party in Interest. | |

　　　　I declare under penalty of perjury that I mailed the summons and complaint in this case on April 16th, 2006 by certified mail with a requested return receipt in accordance with CCP 415.40.

　　　　Attached are the executed return receipts as addressed to each defendant.

　　　　Dated: May 1, 2008

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Susan A. Pope - Legal Assistant

1

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Christina McNally*    ☒ Agent   ☐ Addressee<br>B. Received by (*Printed Name*)    C. Date of Delivery<br>CHRISTINA McNALLY    4-25-08 |
| 1. Article Addressed to:<br><br>LIFE INS. CO. OF AMERICA<br>1601 CHESTNUT ST.<br>PHILADELPHIA, PA 19192 | D. Is delivery address different from item 1? ☐ Yes<br>    if YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)    ☐ Yes |
| 2. Article Number<br>   (*Transfer from service label*) | |

PS Form 3811, August 2001     Domestic Return Receipt     2ACPRI-03-Z-0985

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☐ Addressee<br>B. Received by (*Printed Name*): PAUL DUNN<br>C. Date of Delivery: 4-21-08 |
| 1. Article Addressed to:<br><br>HERTZ LTD PLAN<br>225 BRAE BLVD.<br>PARK RIDGE, NJ 07656 | D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☒ Certified Mail    ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)   ☐ Yes |
| 2. Article Number<br>   (*Transfer from service label*) | |

PS Form 3811, August 2001       Domestic Return Receipt       2ACPRI-03-Z-0985