1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

8

9

NORTHERN DISTRICT OF CALIFORNIA

10

11    FAITH MUNN,                                No. C V08-01942 (BZ)

12                    Plaintiff(s),

13        v.                                     **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**
                                                 **AND**
14    HERTZ LONG-TERM DISABILITY PLAN,           **REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

15                    Defendant(s).                    /

16    LIFE INSURANCE COMPANY OF NORTH AMERICA,
              Real Party in Interest.                  /

17    REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

18        The undersigned party hereby declines to consent to the assignment of this case to a United

19    States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to

20    a United States District Judge.

21                                              WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

22    Dated: May 14, 2008 _____          **/s/ Charan M. Higbee**
                                                 Signature    **Charan M. Higbee**
23
                                                 Counsel for DEFENDANT _____
24                                               **The Hertz Corporation Long–Term**
                                                 **Disability Plan**
25                                               Counsel for Real Party in Interest
26                                               LIFE INSURANCE COMPANY OF NORTH AMERICA

27

28

NDC-06

**CERTIFICATE OF SERVICE**

*Faith Munn v. Hertz Long-Term Disability Plan / Life Insurance Company of North America*
*USDC NDCA Case #CV08-01942*

I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address are 525 Market Street, 17th Floor, and San Francisco, California 94105-2725.

On this date I served the following document(s):

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

on the part(y)(ies) identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

→         : **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

_____ : **By Personal Service** -- I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

_____ : **By Overnight Courier** -- I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the addressee on the next business day.

_____ : **Facsimile** -- (Only where permitted. Must consult CCP §1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.CA.)

Laurence F. Padway, Esq.           David J. Linden, Esq.
L/O OF LAURENCE F. PADWAY          P.O. Box 50
1516 Oak Street, Suite 109         Napa, CA  94581
Alameda, CA  94501                 Tel:   (707) 252-7007
Tel:   (510) 814-0680              Fax:   (707) 252-7883
Fax:   (510) 814-0650
                                   *Attorneys for Plaintiff*
*Attorneys for Plaintiff*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED on **May 14, 2008**, at San Francisco, California.

_____
Nancy Li

USDC NDCA Case #CV08-01942
352880.1