ADRIENNE C. PUBLICOVER (SBN 161432)
CHARAN M. HIGBEE (SBN 148293)
WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, California 94105
Tel: (415) 433-0990 / Fax: (415) 434-1370

**Attorneys for Defendant THE HERTZ CORPORATION
LONG-TERM DISABILITY PLAN and
Real Party in Interest LIFE INSURANCE COMPANY
OF NORTH AMERICA**


LAURENCE F. PADWAY  (SBN 083914)
LAW OFFICES OF LAURENCE F. PADWAY
1516 Oak Street, Suite 109
Alameda, CA  94501
Tel: (510) 814-0680 / Fax: (510) 814-0650

DAVID J. LINDEN  (SBN 041221)
P.O. Box 50
Napa, CA  94581
Tel: (707) 252-7007 / Fax: (707) 252-7883

**Attorneys for Plaintiff
FAITH MUNN**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAITH MUNN,<br><br>            Plaintiff,<br><br>     v.<br><br>HERTZ LONG-TERM DISABILITY PLAN,<br><br>            Defendant,<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>            Real Party in Interest. | Case No.:    CV08-01942<br><br>**STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT; AND [PROPOSED] ORDER**<br><br>**[Local Rule 6-1]** |

**IT IS HEREBY STIPULATED,** pursuant to Local Rule 6-1, by and between Plaintiff

Faith Munn, Defendant The Hertz Corporation Long-Term Disability Plan (sued herein as "Hertz

---

1
STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO
PLAINTIFF'S COMPLAINT; AND [PROPOSED] ORDER
USDC NDCA Case #CV08-01942
352560.1

Long-Term Disability Plan") and Real Party In Interest Life Insurance Company of North America, through their attorneys of record, as follows:

    1.    The responses of Defendant The Hertz Corporation Long-Term Disability Plan and Real Party In Interest Life Insurance Company of North America to plaintiff's Complaint currently are due on May 16, 2008;

    2.    The parties have agreed that Defendant The Hertz Corporation Long-Term Disability Plan and Real Party In Interest Life Insurance Company of North America may have an extension to and including May 30, 2008 to answer or otherwise respond to the Complaint herein; and

    3.    This extension will not alter the date of any event or any deadline already fixed by Court order.

Date: May 14, 2008                    WILSON, ELSER, MOSKOWITZ,
                                              EDELMAN & DICKER LLP

By:     */s/ Charan M. Higbee*
        Adrienne C. Publicover
        Charan M. Higbee
        Attorneys for Defendant THE HERTZ
        CORPORATION LONG-TERM DISABILITY
        PLAN and Real Party in Interest LIFE INSURANCE
        COMPANY OF NORTH AMERICA

Date: May 14, 2008                    LAW OFFICES OF LAURENCE F. PADWAY

By:     */s/ Laurence F. Padway*
        LAURENCE F. PADWAY
        Attorneys for Plaintiff
        FAITH MUNN

**ORDER**

IT IS SO ORDERED.

Date:_____        By:_____
                                                             Honorable
                                                            United States District Court Judge

**STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT; AND [PROPOSED] ORDER**
USDC NDCA Case #CV08-01942
352560.1

# CERTIFICATE OF SERVICE
*Faith Munn v. Hertz Long-Term Disability Plan / Life Insurance Company of North America*
*USDC NDCA Case #CV08-01942 (BZ)*

I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address are 525 Market Street, 17th Floor, and San Francisco, California 94105-2725.

On this date I served the following document(s):

**STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT; AND [PROPOSED] ORDER**

on the part(y)(ies) identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

→    : **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

_____ : **By Personal Service** -- I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

_____ : **By Overnight Courier** -- I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the addressee on the next business day.

_____ : **Facsimile** -- (Only where permitted. Must consult CCP §1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.CA.)

| | |
|---|---|
| Laurence F. Padway, Esq. | David J. Linden, Esq. |
| L/O OF LAURENCE F. PADWAY | P.O. Box 50 |
| 1516 Oak Street, Suite 109 | Napa, CA 94581 |
| Alameda, CA 94501 | Tel: (707) 252-7007 |
| Tel: (510) 814-0680 | Fax: (707) 252-7883 |
| Fax: (510) 814-0650 | |
| | *Attorneys for Plaintiff* |
| *Attorneys for Plaintiff* | |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED on **May 14, 2008**, at San Francisco, California.

*/s/ Nancy Li*