```
 1  ADRIENNE C. PUBLICOVER (SBN 161432)
    CHARAN M. HIGBEE (SBN 148293)
 2  WILSON, ELSER, MOSKOWITZ,
        EDELMAN & DICKER LLP
 3  525 Market Street, 17th Floor
    San Francisco, California 94105
 4  Telephone:   (415) 433-0990
    Facsimile:   (415) 434-1370
 5
    Attorneys for Defendant THE HERTZ
 6  CORPORATION LONG-TERM DISABILITY
    PLAN and Real Party in Interest
 7  LIFE INSURANCE COMPANY
    OF NORTH AMERICA
 8
 9
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAITH MUNN,<br><br>        Plaintiff,<br><br>    v.<br><br>HERTZ LONG-TERM DISABILITY PLAN,<br><br>        Defendant,<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>        Real Party in Interest. | Case No.:   CV08-01942 VRW<br><br>**DEFENDANT AND REAL PARTY IN INTEREST'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br>**[Civil L.R. 3-16]** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

---

1
**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**
USDC NDCA Case #CV08-01942 VRW
354593.1

Connecticut General Corporation, a Connecticut corporation, is the parent company of defendant Life Insurance Company of North America. Connecticut General Corporation is a wholly-owned subsidiary of CIGNA Holdings, Inc. CIGNA Holdings, Inc. is a wholly-owned subsidiary of CIGNA Corporation.

Date: May 28, 2008

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP


By:     */s/ Charan M. Higbee*
Adrienne C. Publicover
Charan M. Higbee
Attorneys for Defendant THE HERTZ CORPORATION LONG-TERM DISABILITY PLAN and
Real Party in Interest
LIFE INSURANCE COMPANY OF NORTH AMERICA

---

2
**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**
USDC NDCA Case #CV08-01942 VRW
354593.1

# CERTIFICATE OF SERVICE
*Faith Munn v. Hertz Long-Term Disability Plan / Life Insurance Company of North America*
*USDC NDCA Case #CV08-01942 VRW*

I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address are 525 Market Street, 17th Floor, and San Francisco, California 94105-2725.

On this date I served the following document(s):

**DEFENDANT AND REAL PARTY IN INTEREST'S
CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

on the part(y)(ies) identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

→    : **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

_____ : **By Personal Service** -- I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

_____ : **By Overnight Courier** -- I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the addressee on the next business day.

_____ : **Facsimile** -- (Only where permitted. Must consult CCP §1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.CA.)

Laurence F. Padway, Esq.
L/O OF LAURENCE F. PADWAY
1516 Oak Street, Suite 109
Alameda, CA  94501
Tel:    (510) 814-0680
Fax:    (510) 814-0650

*Attorneys for Plaintiff*

David J. Linden, Esq.
P.O. Box 50
Napa, CA  94581
Tel:    (707) 252-7007
Fax:    (707) 252-7883

*Attorneys for Plaintiff*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED on **May 28, 2008**, at San Francisco, California.

_____
Nancy Li