Laurence F. Padway (SBN 083914)
Law Offices of Laurence F. Padway
1516 Oak Street, Suite 109
Alameda, California 94501
Telephone: (510) 814-0680
Facsimile: (510) 814-0650

David J. Linden (SBN 041221)
P.O. Box 50
Napa, California 94581
Telephone: (707) 252-7007
Facsimile: (707) 252-7883

Attorneys for plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAITH MUNN,<br><br>        Plaintiff,<br><br>    vs.<br><br>HERTZ LONG-TERM DISABILITY PLAN,<br><br>        Defendant, | CASE NO. C08-01942 VRW |
| LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>        Real Party in Interest. | |

      Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED: June 5, 2008          LAW OFFICES OF LAURENCE PADWAY


                             By: /s/ Laurence F. Padway
                                 Laurence F. Padway
                                 Attorney for Plaintiff

CERTIFICATE OF                                           CASE NO. C 08-01942 VRW
INTERESTED ENTITIES OR PERSONS          1