# UNITED STATES DISTRICT COURT

**Northern District of California**

| | |
|---|---|
| Munn, | 08-01942 VRW MED |
| Plaintiff(s), | **Notice of Appointment of Mediator** |
| v. | |
| Hertz Long-Term Disability Plan, | |
| Defendant(s). | |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

**Arthur R. Siegel**
Law Offices of Arthur R. Siegel
351 California Street Suite 700
San Francisco, CA 94104
415-395-9335
asiegel@igc.org

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program.  The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation.  The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
08-01942 VRW MED                       - 1 -

Counsel are reminded that the written mediation statements required by the ADR L.R. 6-7 shall NOT be filed with the court.

Dated: August 19, 2008

RICHARD W. WIEKING  
Clerk  
by:    Lisa M. Salvetti

*[signature]*

ADR Case Administrator  
415-522-2032  
lisa_salvetti@cand.uscourts.gov

Case 3:08-cv-01942-VRW     Document 18     Filed 08/19/2008     Page 3 of 3