UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CIVIL PRETRIAL MINUTES**

**VAUGHN R. WALKER**
United States District Chief Judge

Date :  August 28, 2008

**C 08-1942 VRW   FAITH MUNN   v HERTZ LONG TERM DISABILITY PLAN et al**

Attorneys : For Plaintiff(s):   Laurence Padway

       For Defendant(s):   Charan Higbee

Deputy Clerk: Cora Klein                              Reporter: not reported

PROCEEDINGS:                                           RULING:
1. 
2. 
3. 

Case Management Conference - Held

ADR to be used: Court appointed Mediation to be completed by 10/20/2008.

Further Case Management Conference : 12/4/2008 at 3:30 P.M.