|   |   |
|---|---|
| 1 | ADRIENNE C. PUBLICOVER (SBN 161432) |
| 2 | CHARAN M. HIGBEE (SBN 148293)<br>WILSON, ELSER, MOSKOWITZ, |
|   |    EDELMAN & DICKER LLP |
| 3 | 525 Market Street, 17th Floor<br>San Francisco, California 94105 |
| 4 | Tel: (415) 433-0990 / Fax: (415) 434-1370 |

**Attorneys for Defendant THE HERTZ CORPORATION LONG-TERM DISABILITY PLAN and
Real Party in Interest LIFE INSURANCE COMPANY OF NORTH AMERICA**

LAURENCE F. PADWAY (SBN 083914)
LAW OFFICES OF LAURENCE F. PADWAY
1516 Oak Street, Suite 109
Alameda, CA 94501
Tel: (510) 814-0680 / Fax: (510) 814-0650

DAVID J. LINDEN (SBN 041221)
P.O. Box 50
Napa, CA 94581
Tel: (707) 252-7007 / Fax: (707) 252-7883

**Attorneys for Plaintiff
FAITH MUNN**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| FAITH MUNN, | ) | Case No.: CV08-01942 VRW |
|---|---|---|
| Plaintiff, | ) | **STIPULATION TO EXTEND DATE TO COMPLETE ADR PROCESS; AND [PROPOSED] ORDER** |
| v. | ) | |
| HERTZ LONG-TERM DISABILITY PLAN, | ) | |
| Defendant, | ) | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | ) | |
| Real Party in Interest. | ) | |

STIPULATION TO EXTEND DATE TO COMPLETE ADR PROCESS; AND [PROPOSED] ORDER
USDC NDCA Case #CV08-01942 VRW
399701.1

1  **IT IS HEREBY STIPULATED**, by and between plaintiff Faith Munn, defendant The Hertz Corporation Long-Term Disability Plan (sued herein as "Hertz Long-Term Disability Plan") and Real Party In Interest Life Insurance Company of North America, through their attorneys of record, as follows:

    1. The parties previously stipulated to participate in Mediation pursuant to ADR L.R. 6;

    2. The Mediation was ordered to be completed by October 20, 2008;

    3. The Mediation has not been completed as of this date;

    4. The Mediation has been scheduled for November 24, 2008 with court-appointed mediator Arthur Siegel;

    5. The deadline to complete the ADR process in this case shall be continued to November 25, 2008;

    6. The deadline for filing the joint case management statement for the Case Management Conference on December 4 shall be extended to November 26, 2008; and

//
//
//
//
//
//
//
//
//
//

---

1

STIPULATION TO EXTEND DATE TO COMPLETE ADR PROCESS; AND [PROPOSED] ORDER
USDC NDCA Case #CV08-01942 VRW
399701.1

7. The extension of the deadline to complete the ADR process will not change any other date set by the Court in this action.

Date: November 6, 2008     WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP


By: /s/ Charan M. Higbee
ADRIENNE C. PUBLICOVER
CHARAN M. HIGBEE
Attorneys for Defendant THE HERTZ CORPORATION
LONG-TERM DISABILITY PLAN
and Real Party in Interest LIFE INSURANCE
COMPANY OF NORTH AMERICA

Date: November 6, 2008     LAW OFFICES OF LAURENCE F. PADWAY


By: /s/ Laurence F. Padway
LAURENCE F. PADWAY
Attorneys for Plaintiff
FAITH MUNN

## ORDER

PURSUANT TO STIPULATION OF THE PARTIES AND GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED AS FOLLOWS:

The deadline to complete the ADR process in this case is extended to November 25, 2008. The parties shall file their Joint Case Management Conference Statement for the Case Management Conference set for December 4, 2008 no later than November 26, 2008.

Date: 11/7/2008     By: _____
Honorable [Vaughn R.] Walker
United [States District] Court Judge

*IT IS SO ORDERED — Judge Vaughn R Walker*

---

2
STIPULATION TO EXTEND DATE TO COMPLETE ADR PROCESS; AND [PROPOSED] ORDER
USDC NDCA Case #CV08-01942 VRW
399701.1

# CERTIFICATE OF SERVICE
*Faith Munn v. Hertz Long-Term Disability Plan / Life Insurance Company of North America*
*USDC NDCA Case #CV08-01942 (BZ)*

I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address are 525 Market Street, 17th Floor, and San Francisco, California 94105-2725.

On this date I served the following document(s):

**STIPULATION TO EXTEND DATE TO COMPLETE ADR PROCESS; AND [PROPOSED] ORDER**

on the part(y)(ies) identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

➔ : **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

| | |
|---|---|
| Laurence F. Padway, Esq.<br>L/O OF LAURENCE F. PADWAY<br>1516 Oak Street, Suite 109<br>Alameda, CA 94501<br>Tel: (510) 814-0680<br>Fax: (510) 814-0650<br><br>*Attorneys for Plaintiff* | David J. Linden, Esq.<br>P.O. Box 50<br>Napa, CA 94581<br>Tel: (707) 252-7007<br>Fax: (707) 252-7883<br><br>*Attorneys for Plaintiff* |
| Arthur R. Siegel, Esq.<br>L/O OF ARTHUR R. SIEGEL<br>351 California Street, Suite 700<br>San Francisco, CA 94104<br>Tel: (415) 395-9335<br>Email: asiegel@igc.org<br><br>*Court Appointed Mediator* | Lisa M. Salvetti<br>USDC NDCA - ADR Program<br>450 Golden Gate Avenue, 16th Floor<br>San Francisco, CA 94102<br>Tel: (415) 522-2032<br>Fax: (415) 522-4112<br><br>*ADR Case Administrator* |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED on **November 6, 2008**, at San Francisco, California.

_____
Nancy L.

---

3
**STIPULATION TO EXTEND DATE TO COMPLETE ADR PROCESS; AND [PROPOSED] ORDER**
USDC NDCA Case #CV08-01942 VRW
399701.1