ADRIENNE C. PUBLICOVER (SBN 161432)
CHARAN M. HIGBEE (SBN 148293)
WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, California 94105
Tel: (415) 433-0990 / Fax: (415) 434-1370

Attorneys for Defendant THE HERTZ CORPORATION
LONG-TERM DISABILITY PLAN and
Real Party in Interest LIFE INSURANCE COMPANY
OF NORTH AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAITH MUNN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>HERTZ LONG-TERM DISABILITY PLAN,<br><br>　　　　Defendant,<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>　　　　Real Party in Interest. | Case No. CV08-01942 VRW<br><br>[~~PROPOSED~~] ORDER EXCUSING DEFENDANT THE HERTZ LONG-TERM DISABILITY PLAN FROM ATTENDANCE AT MEDIATION [ADR L.R. 6-9(d)] |

　　　　Having considered the request of defendant The Hertz Long-Term Disability Plan that it be excused from personally attending the mediation scheduled in this matter (pursuant to ADR L.R. 6) and good cause appearing therefore, it is ordered as follows:

　　　　1.　　Defendant The Hertz Long-Term Disability Plan is excused from personally attending the mediation scheduled in this action; and

---

1

[PROPOSED] ORDER EXCUSING DEFENDANT THE HERTZ LONG-TERM DISABILITY PLAN
FROM ATTENDANCE AT MEDIATION
USDC NDCA Case #CV08-01942 VRW
399619.1

2. A representative of defendant The Hertz Long-Term Disability Plan shall be available by telephone during the mediation session in this action, on November 24, 2008.

**IT IS SO ORDERED.**

Dated: 11/10/08         By: _____
                              Honorable Wayne D. Brazil
                              United States Magistrate Judge

---

2
[PROPOSED] ORDER EXCUSING DEFENDANT THE HERTZ LONG-TERM DISABILITY PLAN
FROM ATTENDANCE AT MEDIATION
USDC NDCA Case #CV08-01942 VRW
399619.1