ADRIENNE C. PUBLICOVER (SBN 161432)
CHARAN M. HIGBEE (SBN 148293)
WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, California 94105
Tel: (415) 433-0990 / Fax: (415) 434-1370

Attorneys for Defendant THE HERTZ CORPORATION
LONG-TERM DISABILITY PLAN and
Real Party in Interest LIFE INSURANCE COMPANY
OF NORTH AMERICA

LAURENCE F. PADWAY  (SBN 083914)
LAW OFFICES OF LAURENCE F. PADWAY
1516 Oak Street, Suite 109
Alameda, CA  94501
Tel: (510) 814-0680 / Fax: (510) 814-0650

DAVID J. LINDEN  (SBN 041221)
P.O. Box 5780
Napa, CA  94581
Tel: (707) 252-7007 / Fax: (707) 252-7883

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAITH MUNN,<br><br>            Plaintiff,<br><br>      vs.<br><br>HERTZ LONG-TERM DISABILITY PLAN, LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>            Defendant, | CASE NO.  CV08-01942 VRW<br><br>STIPULATION AND (~~PROPOSED~~) ORDER TO CONTINUE BRIEFING SCHEDULE RE CONFLICT OF INTEREST |
| LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>            Real Party in Interest. | |

Stipulation re Briefing Schedule                    1

Whereas, on August 17, 2009, the Court issued its order on the standard of review, and authorized plaintiff, Faith Munn, to conduct discovery relating to the structural conflict of interest which arises because the insurer is both responsible for determining eligibility for claims and paying the claims; and

Whereas, the Court directed Ms. Munn to file a memorandum relating to how any conflict of interest should inform the Court's review no later than September 11, 2009; and

Whereas, counsel for Ms. Munn was on vacation on August 17, and therefore did not review the order until August 24, and counsel for Ms. Munn propounded discovery on September 5, but the responses will not be due until October, and further, Ms. Munn has noticed depositions to take place in mid-October, plaintiff will be unable to complete the discovery necessary to submit the memorandum prior to the September 11 deadline;

Now, therefore, the parties stipulate to the following briefing schedule:

| | |
|---|---|
| October 30, 2009 | Deadline for Plaintiff to file its supplemental memorandum |
| November 6, 2009 | Deadline for LINA and the Plan to file its reply memorandum |

IT IS SO STIPULATED.

Date: September 9, 2009       WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: _____
Adrienne C. Publicover
Charan M. Higbee
Attorneys for Defendant THE HERTZ CORPORATION LONG-TERM DISABILITY PLAN
and Real Party in Interest LIFE INSURANCE COMPANY OF NORTH AMERICA

Stipulation re Briefing Schedule                2

1 | Date: September 9, 2009        LAW OFFICES OF LAURENCE F. PADWAY

2

3 |                                By:    /s
                                          LAURENCE F. PADWAY
                                          Attorneys for Plaintiff
4 |                                       FAITH MUNN

5

6

7 |        PURSUANT TO STIPULATION, IT IS SO ORDERED.

8

9 | Date: 9/23/2009                By: _____
                                        Honorable Vaughn R. Walker
                                        United States District Court Judge

**GRANTED**
Judge Vaughn R Walker

Stipulation re Briefing Schedule                3