IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FAITH MUNN,                                    No   C 08-1942 VRW

    Plaintiff,                             ORDER

            v

HERTZ LONG-TERM DISABILITY PLAN,

    Defendant,

    and

LIFE INSURANCE COMPANY OF NORTH AMERICA,

    Real Party in Interest.
_____/

        The court is in receipt of a letter submitted by plaintiff on October 26, 2009 addressing three "main" discovery issues. Doc #56. Due to clerical error, this letter came to the court's attention on January 13, 2010.

        In order to evaluate properly the conflict of interest memoranda submitted by the parties, it is important for the court

to have before it all relevant facts. While defendant Hertz Corporation Long-Term Disability Plan and real party in interest Life Insurance Company of North America ("defendants") addressed some of plaintiff's concerns in their memorandum in response to plaintiff's supplemental memorandum on conflict of interest (Doc #67), it would be helpful to the court for defendants to respond directly to the "main" discovery issues numbered "2" and "3" in plaintiff's letter. See Doc #56.

Accordingly, defendants are ordered to file, by January 28, 2010 at 5 PM, a five-page response to plaintiff's discovery issues numbered "2" and "3."

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge