1
2
3
4

**UNITED STATES  DISTRICT COURT**

5

Northern District of California

6
7

FAITH MUNN,

8
9

                    Plaintiff,

          v.

HERTZ LONG-TERM DISABILITY PLAN,

10

et al.,

11

                    Defendant(s).

_____/

No. C 08-01942 VRW (MEJ)

**NOTICE OF REFERENCE**

12
13
14

        This matter has been referred to the undersigned magistrate judge to prepare proposed

15

findings of fact and recommendations for all outstanding matters.  Accordingly, the Court shall

16

conduct a hearing on June 17, 2010 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate

17

Avenue, San Francisco, California.  Any further briefing shall be completed in compliance with

18

Civil Local Rule 7.

        **IT IS SO ORDERED.**

19
20

Dated: May 4, 2010

21
22

_____
Maria-Elena James
Chief United States Magistrate Judge

23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**