UNITED STATES DISTRICT COURT

Northern District of California

FAITH MUNN,

               Plaintiff,          No. C 08-1942 VRW (MEJ)

  v.

HERTZ LONG-TERM DISABILITY PLAN,
et al.,

               Defendants.
_____/

**ORDER RE: STATUS**

      This matter has been referred to the undersigned magistrate judge to prepare proposed findings of fact and recommendations for all outstanding matters. To assist the undersigned with this assignment, the Court hereby ORDERS the parties to file a joint status report by May 20, 2010, which provides the following information:

1)    Identify any pending motions (include title, docket number, and date filed);

2)    Identify all documents (declarations, opposition, reply, etc.) related to any pending motions (include title, docket number, and date filed); and

3)    Identify any briefing which remains to be filed.

     **IT IS SO ORDERED.**

Dated: May 4, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge