ADRIENNE C. PUBLICOVER (SBN 161432)
CHARAN M. HIGBEE (SBN 148293)
WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, California 94105
Tel: (415) 433-0990 / Fax: (415) 434-1370

Attorneys for Defendant THE HERTZ CORPORATION
LONG-TERM DISABILITY PLAN and
Real Party in Interest LIFE INSURANCE COMPANY
OF NORTH AMERICA

LAURENCE F. PADWAY  (SBN 083914)
LAW OFFICES OF LAURENCE F. PADWAY
1516 Oak Street, Suite 109
Alameda, CA  94501
Tel: (510) 814-0680 / Fax: (510) 814-0650

DAVID J. LINDEN  (SBN 041221)
P.O. Box 5780
Napa, CA  94581
Tel: (707) 252-7007 / Fax: (707) 252-7883

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAITH MUNN,<br><br>          Plaintiff,<br><br>     vs.<br><br>HERTZ LONG-TERM DISABILITY PLAN, LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>          Defendant,<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>          Real Party in Interest. | CASE NO.  CV08-01942 VRW<br><br>STIPULATION AND (~~PROPOSED~~) ORDER TO CONTINUE TIME FOR PLAINTIFF TO OBJECT TO THE REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE |

Stipulation re Briefing Schedule                             1

1     Whereas, on September 7, 2010, a report and recommendation re: all outstanding matters was filed by the Honorable Maria-Elena James; and

    Whereas, the deadline for the parties to object to the report is currently September 21, 2010; and

    Whereas, the report from Judge James is 62 pages long, and it requires a great deal of work to respond to it properly, and it has come at a particularly busy time in that counsel for plaintiff is currently preparing a case, Paul v. California Physicians Services, Alameda County Superior Court, Case No. RG08396057 for trial which is scheduled to start on November 8. The trial preparation of that case alone has been taking more than 40 hours a week of time during the past few weeks and will again do so this week; and

    Now, therefore, the parties stipulate to the following briefing schedule:

| | |
|---|---|
| October 5, 2010 | Deadline for Plaintiff to file its objections |
| October 19, 2010 | Deadline for LINA and the Plan to file its reply |

    IT IS SO STIPULATED.

Date: September 20, 2010    WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: _____
Adrienne C. Publicover
Charan M. Higbee
Attorneys for Defendant THE HERTZ CORPORATION LONG-TERM DISABILITY PLAN
and Real Party in Interest LIFE INSURANCE COMPANY OF NORTH AMERICA

...

Date: September 20, 2010          LAW OFFICES OF LAURENCE F. PADWAY

                                  By:    /s / Laurence F. Padway
                                         LAURENCE F. PADWAY
                                         Attorneys for Plaintiff
                                         FAITH MUNN


   PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: 9/23/2010          By: _____
                              Honorable Vaughn R Walker
                              United States District Court Judge

*Judge Vaughn R Walker* (signature, seal: United States District Court, Northern District of California)

Stipulation re Briefing Schedule                    3